RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7/3/07

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 07-60006 |
| VERSUS | JUDGE HAIK |
| SANTIAGO VALDEZ | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that defendant's motion to suppress (Doc.#52) is DENIED.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 2nd day of July, 2007.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA