RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7/12/07
    68

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CR. ACTION NO. 07-60006 |
| VERSUS | * | JUDGE HAIK |
| SANTIAGO VALDEZ | * | MAG. JUDGE METHVIN |

## RULING

Before this Court is a Motion in Limine (Doc.#) by Santiago Valdez seeking to prohibit the introduction or mention of any contents of the out of court declarations of a confidential informant who is not available to testify at trial. After a full review of the record and being fully advised in the premises, the Motion in Limine is **GRANTED**, in part, for the following reasons:

Pursuant to United States v. Crawford, 541 U.S. 36, 124 S.Ct. 1354 (2004), this Court finds that if the confidential informant is unavailable to testify at the trial in this matter, the government may elicit testimony from a law enforcement agent to testify that he received information from a confidential informant and what actions were taken as a direct result of receiving this information from the confidential informant. This Court further finds that the government cannot elicit testimony from the law enforcement agent that will require the agent to testify as to what statements were made by the confidential informant to the agent.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on the ___11th___ day of ___July___, 2007.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA